IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL JR HAWKINS,

    Plaintiff,

  vs.                              No. CIV S-06-0446 MCE GGH PS

USA, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff, proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED:  3/27/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS,
                                    UNITED STATES MAGISTRATE JUDGE

GGH:kr
Hawkins0446.dis.wpd

1